# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JEFFREY ALLEN RENDER,

      Plaintiff,

v.

      Case No. 12-10537
      Hon. Gerald E. Rosen
      Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     January 25, 2013

      PRESENT: Honorable Gerald E. Rosen
                      Chief Judge, United States District Court

      On November 27, 2012, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Jeffrey Allen Render's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 27, 2012 Report and Recommendation (docket #16) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's July 23, 2012 motion for summary judgment (docket #11) is DENIED, and that Defendant's October 24, 2012 motion for summary judgment (docket #15) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  January 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager