**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFREY ALLEN RENDER,

        Plaintiff,

                                   Case No. 12-10537

v.                                   Hon. Gerald E. Rosen

                                   Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____January 25, 2013_____

PRESENT:  Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

On November 27, 2012, Magistrate Judge David R. Grand issued a Report and

Recommendation ("R & R") recommending that the Court deny Plaintiff Jeffrey Allen

Render's motion for summary judgment and grant the Defendant Commissioner of Social

Security's motion for summary judgment.  No objections have been filed to the R & R.

Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment,

and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and

adopts the R & R in its entirety.

        Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 27, 2012 Report and Recommendation (docket #16) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's July 23, 2012 motion for summary judgment (docket #11) is DENIED, and that Defendant's October 24, 2012 motion for summary judgment (docket #15) is GRANTED.

s/Gerald E. Rosen

Chief Judge, United States District Court

Dated:  January 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2013, by electronic and/or ordinary mail.

s/Julie Owens

Case Manager

2