**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFREY ALLEN RENDER,

        Plaintiff,

                                   Case No. 12-10537

v.                                  Hon. Gerald E. Rosen

                                   Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

### JUDGMENT OF DISMISSAL

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____January 25, 2013_____

PRESENT:  Honorable Gerald E. Rosen
                   Chief Judge, United States District Court

The Court having this day entered an order adopting the Magistrate Judge's Report

and Recommendation, denying Plaintiff's motion for summary judgment, and granting

Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.


s/Gerald E. Rosen_____
Chief Judge, United States District Court

Dated:  January 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2013, by electronic and/or ordinary mail.


s/Julie Owens_____
Case Manager